# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159619

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                   SC: 159619
                                   COA: 340377

BRAD STEPHEN HAYNIE,
        Defendant-Appellant.
                                   Macomb CC: 2016-000712-FC

_____/

     On order of the Court, the application for leave to appeal the April 16, 2019 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issues: (1) whether assault and battery is a necessarily included offense of assault with intent to commit murder; and if so (2) whether a rational view of the evidence in this case could support a conviction for assault and battery. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

     The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



                                        Clerk

s0926